**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

|  |  |  |
|---|---|---|
| PHILLIP L. COFIELD, | ) | Case No.: 2:16-cv-04119-DMG-FFM |
|  | ) |  |
| Plaintiff, | ) | /~~PROPOSED~~/ ORDER OF DISMISSAL |
|  | ) |  |
| vs. | ) |  |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) |  |
|  | ) |  |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |

The above-captioned matter is dismissed with prejudice, with each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

DATE:      December 19, 2016

_____
/s/  Frederick F. Mumm
THE HONORABLE FREDERICK F. MUMM
UNITED STATES MAGISTRATE JUDGE