JS-6

1

2

3

4

5

6

7  **UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
8  **WESTERN DIVISION**

9

10  PHILLIP L. COFIELD,        )  Case No.: 2:16-cv-04119-DMG-FFM
                           )
11                             )  JUDGMENT
        Plaintiff,       )
12                             )
    vs.                 )
13  CAROLYN W. COLVIN, Acting   )
Commissioner of Social Security,  )
14                             )
                           )
15         Defendant.     )
                           )
16  _____)

17

18      In accordance with the Order filed concurrently herewith,

    IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.
19

20  DATE:    December 19, 2016

21

22                   /s/  Frederick F. Mumm
           THE HONORABLE FREDERICK F. MUMM
             UNITED STATES MAGISTRATE JUDGE
23

24

25

26